ORIGINAL

1  Daniel M. Cislo, Esq., No. 125,378
   Dennis Larson, Esq., No. 48,983
2  CISLO & THOMAS, LLP
   233 Wilshire Boulevard, Suite 900
3  Santa Monica, California 90401
   Telephone:  (310) 451-0647
4  Facsimile:  (310) 394-4477
   Email:  Dan@cislo.com
5         Dlarson@cislo.com

6  Attorneys for Plaintiff
   Homeland Housewares, LLC
7
   Richard P. Doyle, Jr., Bar No. 112,459
8  Janssen Doyle LLP
   2540 Camino Diablo, Suite 220
9  Walnut Creek, California 94597
   Telephone:  (925) 295-1805
10 Facsimile:  (925) 295-1801
   Email:  RDoyle@jd-law.com
11
   Attorneys' for Defendant Koolatron Corporation
12
   René P. Tatro, Esq., Bar No. 78,383
13 Juliet A. Markowitz, Esq., Bar No. 164,038
   Tatro Tekosky Sadwick LLP
14 660 S. Figueroa Street, Suite 1450
   Los Angeles California 90017
15 Telephone:  (213) 225-7171
   Facsimile:  (213) 627-7011
16 E-mail:  renetatro@ttsmlaw.com
              jmarkowitz@ttsmlaw.com
17
18 Attorneys for Defendant Leena, Inc.

19

20

21

22



Priority
Send
Clsd
Enter
____ JS-5/JS-6
____ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 1 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

LODGED
CLERK, U.S. DISTRICT COURT
JUN 9 2006
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

23 HOMELAND HOUSEWARES,      )  CASE NO. CV 04-9694 CAS (AJWx)
   LLC., etc.,               )
24                           )  [PROPOSED] CONSENT
                 Plaintiff,  )  JUDGMENT AND PERMANENT
25                           )  INJUNCTION AS TO DEFENDANTS
        vs.                  )  KOOLATRON CORPORATION
26                           )  AND LEENA, INC.; AND
   YOUCANSAVE.COM, INC., etc. et )  DISMISSAL
27 al.,                      )
                 Defendants. )
28                           )

206

1    This Consent Judgment and Permanent Injunction and Dismissal is entered

2  into pursuant to the parties' confidential Settlement Agreement with reference to the

3  following facts:

4

5    A.    HOMELAND has filed suit in the Central District of California, Case

6  No. CV 04-9694 CAS (AJWx) titled KOOLATRON CORPORATION, Plaintiff vs.

7  YOUCANSAVE.COM, INC., WONDERFULBUYS.COM, INC., LEENA, INC. and

8  KOOLATRON CORPORATION, Defendants, for trademark and trade dress

9  infringement, false designation of origin, false advertisement and state claims,

10  seeking damages and injunctive relief.

11

12    B.    HOMELAND uses the trademarks MAGIC BULLET (stylized design

13  mark, U.S. Registration No. 2,947,494); MAGIC BULLET (word mark, U.S.

14  Registration No. 2,947,492); DOES ANY JOB IN 10 SECONDS OR LESS (word

15  mark, U.S. Serial No. 76/584,756); THE MAGIC BULLET (word mark in stylized

16  form, U.S. Registration No. 2,929,383); MAGIC BULLET EXPRESS (word mark in

17  stylized form, U.S. Serial No. 76/615,272); BULLET BLENDER (word mark, U.S.

18  Registration No. 2,947,491); BULLET JUICER (word mark, U.S. Registration

19  No. 2,947,493) and two design marks (U.S. Serial Nos. 76/641,742 and 76/641,734)

20  as applied to kitchen appliances, namely food processors, a trade dress for the same, a

21  copyright registration TX 5-947-688 for The Magic Bullet 10 Second Recipes and

22  User Guide, and design patents for Mug, (U.S. Des. Patent D500,633) and Mugs

23  (U.S. Des. Patent D501,759), collectively referenced as the "Magic Bullet

24  Properties."

25

26    C.    Koolatron and Leena (collectively, "Defendants") dispute the Plaintiff's

27  allegations and contend that they neither have liability to the Plaintiff nor have

28  committed any wrongful conduct or wrongdoing.

D.     Plaintiff HOMELAND and Defendants KOOLATRON and LEENA have agreed to have the following Consent Judgment and Permanent Injunction and Dismissal, subject to this Court's approval.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.     This Court has subject matter jurisdiction over the federal claims pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1338(a) and 1338(b) and has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367.

2.     KOOLATRON and LEENA, their parents, subsidiaries, corporate affiliates, partnership affiliates, successors, agents, employees, heirs, devisees, administrators, executors and assigns ("related parties"), shall not use in commerce any reproduction, counterfeit, copy, or colorable imitation of the trademarks MAGIC BULLET (stylized design mark, U.S. Registration No. 2,947,494); MAGIC BULLET (word mark, U.S. Registration No. 2,947,492); DOES ANY JOB IN 10 SECONDS OR LESS (word mark, U.S. Serial No. 76/584,756); THE MAGIC BULLET (word mark in stylized form, U.S. Registration No. 2,929,383); MAGIC BULLET EXPRESS (word mark in stylized form, U.S. Serial No. 76/615,272); BULLET BLENDER (word mark, U.S. Registration No. 2,947,491); BULLET JUICER (word mark, U.S. Registration No. 2,947,493) as applied to kitchen appliances, namely food processors in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive; or reproduce, counterfeit, copy, or colorably imitate the foregoing marks and two design marks (U.S. Serial No. 76/641,742 and NO. 76/641,734) as applied to kitchen appliances, namely food

3

1   processors and apply such reproduction, counterfeit, copy, or colorable imitation to
2   labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be
3   used in commerce upon or in connection with the sale, offering for sale, distribution,
4   or advertising of goods or services on or in connection with which such use is likely
5   to cause confusion, or to cause mistake or to deceive.  KOOLATRON, LEENA, and
6   related parties shall also not use any of the foregoing trademarks as meta tags on any
7   website; nor shall KOOLATRON, LEENA, or related parties purchase these words as
8   search terms on the Internet.

9

10      3.      KOOLATRON, LEENA, and related parties shall not use on or in
11   connection with any goods or services, or any container for goods, in commerce any
12   word, term, name, symbol, or device, or any combination thereof, or any false
13   designation of origin, false or misleading description of fact, or false or misleading
14   representation of fact relating to MAGIC BULLET, THE MAGIC BULLET, MAGIC
15   BULLET EXPRESS, BULLET BLENDER, BULLET JUICER, and DOES ANY
16   JOB IN 10 SECONDS OR LESS or the trade dress as shown in Exhibit 1
17   incorporated herein, which:

18

19      (a)     is likely to cause confusion, or to cause mistake, or to deceive as to the
20              affiliation, connection, or association of KOOLATRON, LEENA, or
21              related parties with HOMELAND, or as to the origin, sponsorship, or
22              approval of KOOLATRON's, LEENA's, or related parties' goods,
23              services, or commercial activities by HOMELAND, or

24

25      (b)     in commercial advertising or promotion, misrepresents the nature,
26              characteristics, qualities, or geographic origin of KOOLATRON's,
27              LEENA's, and related parties' or Homeland's goods, services, or
28              commercial activities.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 800
233 WILSHIRE BOULEVARD
SANTA MONICA, CALIFORNIA 90401-1211
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

KOOLATRON, LEENA and related parties may use the Miracle Blender or Miracle Mixer trademarks, or any other "Miracle" brand trademark that does not include the term "bullet."

4.     KOOLATRON, LEENA, and related parties shall not

(a)     reproduce The Magic Bullet 10 Second Recipes and User Guide in copies;

(b)     prepare derivative works based upon The Magic Bullet 10 Second Recipes and User Guide;

(c)     distribute copies of The Magic Bullet 10 Second Recipes and User Guide to the public by sale or other transfer of ownership, or by rental, lease, or lending; or

(d)     display The Magic Bullet 10 Second Recipes and User Guide publicly.

KOOLATRON, LEENA and related parties may, however, use and distribute the current Miracle Bullet Recipe Book and use titles  as set forth in attached Exhibit "2."

///
///
///

5

5.      Except as otherwise provided herein, KOOLATRON, LEENA, and related parties shall no later than ninety (90) days from January 10, 2006, stop manufacturing, marketing, or selling MIRACLE BULLET-marked or the current MIRACLE BLENDER-marked products and KOOLATRON will in place sell a blender product that is not in a black-silver-black color scheme, has a martini base, and no handles on the mugs as depicted in Exhibit "3" attached hereto; provided, however that KOOLATRON, LEENA, and related parties are permitted to sell KOOLATRON's current Miracle Blender with the red base from its existing inventory in an amount not to exceed 5,000 total units for a period not to exceed ninety (90) days from January 10, 2006, only in Canada either directly to consumers or to retail establishments knowingly selling only to consumers in Canada. Thereafter, all sales, shipments or distributions of the current Miracle Blender are prohibited.

6.      KOOLATRON, LEENA and HOMELAND agree not to utter injurious falsehoods against each other or related parties.  All parties agree and undertake not to make or cause to be made any false, defamatory, or misleading statements of any kind about any other party to any person wheresoever situated or any wrongful statements that discredit any parties' reputation, business, wares, or services, and not to undertake any course of action that wrongfully interferes with any parties' contractual, business, or economic, interests, and not to order, abet, authorize, or assist others to do any of the preceding acts.

7.      Upon a determination that KOOLATRON, LEENA, or related parties have failed to comply with any of the duties under the Settlement Agreement, fail to meet the foregoing deadlines, or if KOOLATRON, LEENA, or related parties ship, distribute, or manufacture any product or item in violation of the foregoing

conditions, KOOLATRON, LEENA, and related parties, as applicable, shall pay HOMELAND a total of $5,000 per blender unit involved in liquidated damages for each individual failure to comply.  The Court finds that the parties have agreed that said liquidated damages is a reasonable estimate of the attorney fees incurred and monetary damages which would likely accrue to HOMELAND.

8.     The prohibitions of this Consent Judgment against KOOLATRON and LEENA and related parties are worldwide restrictions including the United States, Canada and all foreign countries irrespective of whether intellectual property rights, including but not limited to patent, trademark or copyrights, apply in any particular country and forebear such right in any foreign countries in exchange for HOMELAND's giving up damages in its claim against KOOLATRON, LEENA, and related parties.  This is a mutual provision.

9.     The parties by and to which this [Proposed] Consent Judgment is applicable include all persons or entities acting on behalf of either KOOLATRON, LEENA, related parties, or HOMELAND or under their direction or control, including without limitation their re-sellers, distributors and customers (excluding LEENA's customers).   Defendants' re-sellers, distributors and customers who purchase the current Miracle Blender within the 90-day time period are exempt from this provision.

10.     In accordance with the Court's Order of April 27, 2005, Koolatron and Leena are to refrain from using Homeland's products or product pictures to sell their goods except when such use is a fair use.

11.     The terms of what features and trademarks that KOOLATRON, LEENA, and related parties can market, distribute, and sell in this [Proposed] Consent

7

1  Judgment are in light of HOMELAND's current intellectual property and in light of

2  any future intellectual property that HOMELAND may acquire.

3

4      12.    The benefits of this [Proposed] Consent Judgment shall extend to the

5  directors, officers, employees, agents and corporate or partnership affiliates of the

6  parties.   This [Proposed] Consent Judgment shall be binding upon the parents,

7  subsidiaries, corporate affiliates, partnership affiliates, successors, agents, employees,

8  heirs, devisees, administrators, executors and assigns of the parties hereto.

9

10     13.    In the event of any controversy, claim or dispute arising out of or related

11 to the underlying Settlement Agreement, or to which the underlying Settlement

12 Agreement is a defense, the prevailing party in such controversy, claim or dispute

13 shall be entitled to recover from the losing party all reasonable attorney fees and

14 expenses related to such dispute, if the court deems attorney fees and expenses

15 appropriate.

16

17     14.    Subject to the terms of this [Proposed] Consent Judgment and Permanent

18 Injunction and the terms of the parties' confidential Settlement Agreement, by and

19 between HOMELAND, KOOLATRON and LEENA, through their respective

20 attorneys of record, the parties herein further stipulate to a dismissal with prejudice of

21 Case No. CV 04-9694 CAS.  Each party is to bear its own attorney fees and costs in

22 connection with this dispute and its resolution.

23

24     15.    The underlying Settlement Agreement shall be governed and construed

25 according to applicable Federal laws and to the laws of the State of California,

26 without respect to is conflicts of laws provisions thereof and any dispute over it shall

27

28

CISLO & THOMAS LLP
Attorneys at Law
SUITE 900
233 WILSHIRE BOULEVARD
SANTA MONICA, CALIFORNIA 90401-1211
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

1  be adjudicated by Judge Lynch. This Court shall retain jurisdiction as to enforcement

2  of the [Proposed] Consent Judgment.

3

4        APPROVED AS TO FORM AND CONTENT:

5

6  IT IS SO STIPULATED:

7

8  Cislo & Thomas, LLP            Jansen Doyle, LLP

9

10  _____     _____

11  Daniel M. Cislo, Esq.          Richard P. Doyle, Jr., Esq.
    Dennis Larson, Esq.

12

13  Attorneys for Plaintiff        Attorneys for Defendant
    HOMELAND HOUSEWARES, LLC    KOOOLATRON CORPORATION

14  Date: May ___, 2006          Date: May 25, 2006

15

16                       Tatro Tekosky Sadwick LLP

17

18                       _____
                        René P. Tatro, Esq.

19                       Juliet A. Markowitz, Esq.

20                       Attorneys for Defendant LEENA, INC.

21                       Date: May ___, 2006

22                    **ORDER**

23  IT IS SO ORDERED:

24

25  DATED: May ___, 2006

26                       _____
                       United States District Court Judge

27  Z:\TMDoc\04-14084\Retail Trademark Consent Judgment 5-21.doc

28

9

1  be adjudicated by Judge Lynch.  This Court shall retain jurisdiction as to enforcement

2  of the [Proposed] Consent Judgment.

3

4         APPROVED AS TO FORM AND CONTENT:

5

6  IT IS SO STIPULATED:

7

8  Cislo & Thomas, LLP                    Jansen Doyle, LLP

9

10 _____                _____

11 Daniel M. Cislo, Esq.                  Richard P. Doyle, Jr., Esq.
   Dennis Larson, Esq.

12

13 Attorneys for Plaintiff                Attorneys for Defendant
   HOMELAND HOUSEWARES, LLC              KOOOLATRON CORPORATION

14 Date: May ___, 2006                   Date: May ___, 2006

15

16                                        Tatro Tekosky Sadwick LLP

17

18                                        _____
                                          René P. Tatro, Esq.
19                                        Juliet A. Markowitz, Esq.

20                                        Attorneys for Defendant LEENA, INC.

21                                        Date: May June 6 2006

22                                        **ORDER**

23 IT IS SO ORDERED:

24

25 DATED: June 12, May ___, 2006          christine a. snyder

26                                        _____
                                          United States District Court Judge

27 Z:\TMDocs\04-14086\Final Trademark Consent Judgment 5-21.doc

                                          CHRISTINA A. SNYDER
28

                          9



**Exhibit 1**

EXHIBIT___1___
PAGE___10___



Exhibit 2

EXHIBIT 2
PAGE 11

SCANNED



# RECIPES
# &
# USER GUIDE

EXHIBIT 2
PAGE 12

# CONTENTS

CONTENTS 2-3

SAFETY COMES FIRST 4

**MIRACLE BULLET**
Product Listing & Assembly 5-8

**MIRACLE BULLET BLENDING/MIXING TECHNIQUES**
How to use the Miracle Bullet 9
How to use the Blades 10
How to use: PULSE Techniques 11
How to use: SHAKE Techniques 12
How to use: TAP Techniques 12

**BASIC FOOD PREPARATION WITH MIRACLE BULLET**
Garlic And Onions 13
Frozen Drinks 13
Smoothies 14
Bread And Batters 15
Fresh Coffee Powder 15
Spices 16
Herbs 16
Whip Cream 17
Meats 17
Cheeses 17

**MICROWAVE PREPARATIONS WITH MIRACLE BULLET CUPS** 18

**STORAGE WITH MIRACLE BULLET CUPS** 18

**CLEANING THE MIRACLE BULLET** 19

**MIRACLE BULLET BLENDER** 20
Assembling And Usage

**MIRACLE BULLET JUICE EXTRACTOR** 21
Assembling And Usage

**RECIPES** 22-29

SCANNED

EXHIBIT 2
PAGE 13

# PRODUCT LISTING



**Bullet Base**

**Big Cup, Small Cup, Party Cups**

**X-Blade**

**I-Blade**

**Stay-Fresh Lids**




**Miracle Bullet Blender Cup with Lid**

**Miracle Bullet Juice Extractor Kit**



**Plunger     Extractor**



**Perforated Caps**

**Party Rings (Blue/Burgundy/Red/Orange)**

Rinse all parts and accessories before use. Bullet Base to keep dry at all times.

# SAFETY COMES FIRST

## READ BEFORE ATTEMPTING OPERATION

- Cord, plug and base to avoid any contact with water or liquids.
- Handle the electrical cord carefully. No pulling, twisting or cutting it.
- Avoid contact with any moving parts at all times – fingers or utensils.
- During assembly, cleaning or not-in-use, always unplug the base.
- Miracle Bullet should be used on clean, dry and oil-free surface.
- Cup and blade should be properly assembled before fitting onto Bullet base.
- Do not microwave with blade affixed. Always used the lids provided. Never use Party cups in microwave.
- Always remove cup from microwave with mitts.
- Electrical cords must not be in contact with open fire or hot surfaces.
- Miracle Bullet should only be operated by adults. During operations, never leave it unattended. Children are not recommended to operate the gadget unless supervised by an adult.
- Miracle Bullet should not be used with other parts or accessories that are not part of the set. Using of such unauthorized parts or accessories may cause injury.
- Never run the blade continuously for more than 1 minute. This is a safety feature built into the Bullet base.

EXHIBIT 2
PAGE 14

# ASSEMBLY

## Miracle Blender Cup and Lid

The full size yet space-saving blender cup prepares all your favourite concoctions - milkshakes, party drinks, frozen smoothies, soups, batters, cake mixes and many others. The lid comes with an open vent for popping-in of ingredients while in operation - easy and mess free.





## Perforated Caps

Comes with 2 perforation caps - one with stylized holes and the other with dual-sized holes. Both caps are good for steaming or cooking in microwave but the dual-sized holed cap double-up as a shaker lid for powdered ingredients or ground spices/cheeses.

## Miracle Bullet Juice Extractor

Comes with the Extractor and a Plunger. Extract juice in a breeze and cleans up easily too.



SCANNED

---

# ASSEMBLY



## Big Cup & Small Cup

These cups are for mixing, cooking and storage of ingredients. Cups are dishwasher (top rack only) and microwave safe.

## 4 Party Cups with Party Rings

With these Party Cups you can prepare and serve smoothies, frozen drinks or mixes. The coloured Party Rings cover the cup threads at the rim and it makes identification easy too!

* The Party Cups are not microwave safe.



## Bullet Base

The Bullet Base houses the all-powerful motor. You mix, blend or extract by placing the cups onto the Bullet Base and press. It's just that simple.

**Caution:**
Disconnect plug when not in use. Do not wash or submerge Bullet Base in water.

## X-Blade and I-Blade

X-Blade is for food preparation (especially ingredients with water content) - mixing, chopping, grating and blending. I-Blade is for grinding very hard ingredients like – seeds, beans and dry spices. After every wash check that the gasket (white ring) is still intact and snugly fitted. Push in/back if loose.



EXHIBIT ___2___
PAGE ___15___

# HOW TO USE YOUR MIRACLE BULLET





1. Fill ingredients into the cup (choice of cup used depends on volume of ingredients). Affix the blades (X or I) and do ensure it is tightly sealed.

2. Align the taps on the cup to the Bullet Base and press down firmly activating the motor and hence the blades.



The Miracle Bullet is in operation mode as long as it is pushed down. To stop operation, just release the pressure. For Continuous Mode or Hands-Free Mode, push cup down and turn clockwise until taps disappear or action hits a dead end. Cup is locked now. Motor/blade will run continuously until you stop it by pushing cup down and turning anti-clockwise.

## CAUTION
Under no circumstances that fingers or utensils to go near moving blades, any moving parts or pushing down the motor activator on the Bullet Base whilst it's plugged in. If blade stops during operation, **UNPLUG CORD OF BULLET BASE IMMEDIATELY.** Remove cup and give it a good shake to release any blockage at the blade due to large ingredients. Or, you can turn the turner knob at the underside of the cup. Last resort is to remove blade from cup and manually remove obstruction. Be extra careful with the sharp blades.

SCANNED

## ASSEMBLY

### Stay-Fresh Lids
There are 3 lids (including the base piece from Blender Cup) These lids not only keep your food fresh, clean or store leftovers, they fit snugly on all the big, small and party cups too.

### Party Rings
Comes in 4 colours – blue, burgundy, red and orange. These coloured rings fits snugly over the threads adding much comfort while providing ease of identification.

EXHIBIT 2
PAGE 16

# BLENDING/MIXING TECHNIQUES

**PULSE Technique or "Pulsing"**
This is one technique that delivers great results and yet takes only seconds to achieve. It processes food from coarse to fine or even puree in just seconds.

Place Miracle Bullet on flat, dry and oil-free surface. With one hand, hold down Bullet Base firmly. Push the cup down intermittently with the other hand until you get the consistency you desire. REMEMBER – Do not lock the cup for it will blend continuously. This can be avoided by pushing down with an anti-clockwise twist with the wrist.



# HOW TO USE THE BLADES

**Miracle Bullet** is built-in with a safe mechanism. The motor will stop if it is run continuously for more than 1 minute. This is to prevent damages to the motor due to overheating. When motor stops, UNPLUG CORD and let it cool down for several hours. Once the motor cools down it will re-set automatically.

## Using the correct Blade

**Each Miracle Bullet comes with X-Blade and I-Blade. These blades are specially designed to perform powerful tasks.**

**X-Blade specialty:**
Chopping - (Vegetables, fresh spices & nuts),
Mixing - (Batters, cookie dough & instant mixes),
Blending - (Vegetable puree, smoothies,& soup),
Grinding - (Meats & sea foods), Grating (Cheeses & coconut) and
Shaving - (Ice or anything frozen)

**I-Blade specialty:**
Grind to powder - (Seeds & dry spices) and
- (Creams, milk, butter, dressing & egg whites)

EXHIBIT 2
PAGE 17

SCANNED

# BASIC FOOD PREPARATION

## Garlic, Onions And Peppers

Miracle Bullet chops garlic, onions and peppers wonderfully well. With sealed cup, you can say bye-bye to tears and pungent smell. Within seconds you can have the ingredients chopped to coarse or fine and even pureed.

Prepare your peppers and onions by cutting them into quarters. Garlics can be used whole. Drop them into the cup, affix the X-Blade and twist tight. Chop with several "Pulses" or pureed with lock-in mode. You may need to apply some "Shaking" and "Tapping" techniques along the process to achieve your desired consistency.

## Frozen Drinks – Slush/Frosties/Freezes

Miracle Bullet is your perfect party machines each time every time. It whips up your favourite citrus freezes, icy slushes or ice cream frosties ala-minute! Your guests will surely be impressed by it.

Drop your favourite ingredients (your choice of ice cream, ice, syrups, sodas or anything you fancy) into the cup, affix with the X-Blade and twist tight. Fit into the Bullet base and blend until smooth on Lock-In mode. You may need to apply the "Shaking" technique to achieve quicker and better results.

Tip – use the Party cup to replace the normal big or small cup if you are serving to your guest directly.

SCANNED

# BLENDING/MIXING TECHNIQUES

## SHAKE Technique or "Shaking"

This is one great technique to create the perfect blend, mix or chops you desire. When working with ingredients of differing size, weight, density or moisture level, "Shaking" technique will come in very handy in order to achieve your desired consistency. The Shake technique can help to bring ingredients down to the blade or remove ingredients that clings to the side of the cup.

"Shaking" can be done with or without Bullet base. During "Pulsing" you can hold up just the cup to shake. Or shake the whole Miracle Bullet ( Bullet Base with cup) during lock-in mode.



"Up-Down" Shake. This technique is simply holding either the cup or Miracle Bullet up and shaking it up and down briskly.

"Side-ward" Shake. This technique is to hold the cup or Miracle Bullet up and shake it left and right (side wards) briskly.

## TAP Technique or "Tapping"

This technique is applied particularly to ingredients that have oil content (nuts & seeds) or lightweight (fresh herbs or dry spices).

Similarly "Tapping" can be done with or without the Bullet base. Hold on the cup or Miracle Bullet with one hand and tap the cup to remove ingredients that had cling to the sides of the cup. Tapping the side of cup will bring the ingredients down to the blade for further processing to your desired consistency.

EXHIBIT  2
PAGE  15

# BASIC FOOD PREPARATION

## Smoothies

Miracle Bullet makes your favourite smoothies perfectly and quickly. The list of smoothies it can create with is endless – fruits, vegetables, dairy, non-dairy, low fat, fat-free, nutritional, sport oriented, alcoholic, power-packed, tofu, yogurt...you name it. Your family and friends will love it.

Drop your favourite smoothies ingredients and ice into the cup, affix with the X-Blade and twist tight. Fit into the Bullet Base and blend until smooth on Lock-In mode. You may need to apply the "Shaking" and " Tapping" technique to achieve quicker and better results for the mixture can be very thick. You will know it is done when the ice is fully pulverized and you hear a smooth whirring sound.

Tip – use the Party cup to replace the normal big or small cup if you are serving to your guest directly.

# BASIC FOOD PREPARATION

## Bread And Batters

The Miracle Bullet saves you the time and efforts in your baking process. No more chopping, whisking, stirring, mixing – just drop into the cup and push down! It's that simple and easy. Bread, cup cakes, muffins, pancakes, cookies and more can now be created in a breeze.

Add the ingredients or instant mixes into the Big cup or Blender cup, affix with the X-Blade and twist tight. Fit into the Bullet base and blend until smooth on Lock-In mode. There is an added benefit if you use the Blender cup. You can add in your favourite nuts, seeds or fruits mid-way or at the end during the mixing or blending process. All add-ins should be done on "Pulse" technique so that you can achieve the texture of your add-ins to your desired preference.

## Grinding Coffee Beans

Now you can have your freshest cup of coffee every time every day! That is because you can ground your coffee beans in the smallest portion you desire anytime every time. We all know that the ground coffee powder looses its best aroma within a couples of days. With Miracle Bullet your dream of a steaming hot aromatic coffee is now possible in the comfort of your home.

Drop your favourite brand of roasted coffee beans into the cup, affix with the I-Blade and twist tight. Fit into the Bullet base and apply the "Pulse" technique several times to breakdown the beans before you blend to a smooth texture on Lock-In mode. You may need to apply the "Shaking" technique to achieve quicker and better results.

SCANNED

EXHIBIT  2
PAGE   19

# BASIC FOOD PREPARATION

## Grinding Spices

Nothing can beat the aroma of freshly ground spices. With Miracle Bullet you can have the freshest ground spices in seconds – to spice up your favourite food, snacks, breakfast, drinks...you name it.

Tip – always dry heat your spices in the oven or in your frying pan for couples of minutes to enhance the flavour of the spice before grinding. Place your favourite freshly heated spice into the Small cup, affix with the I-Blade and twist tight. Fit into the Bullet base and apply the "Pulse" technique several times to breakdown the spice before you blend to a smooth powdery texture on Lock-in mode. You may need to apply the "Shaking" and "Tapping" technique to achieve quicker and better results.

# BASIC FOOD PREPARATION

## Whip Cream

Miracle Bullet whips the best and the fluffiest cream you can ever imagine! Preparation and clean up is just as easy and quick too.

Pour the thick rich cream into the Big cup, affix with the I-Blade and twist tight. Fit into the Bullet base and blend for several seconds on Lock-in mode. You can vary your whip cream by adding coffee liqueur, fruit flavour syrups or food colours to give that extra punch to your creations!

## Ground Meats

Now you can create differing texture of ground meats with your Miracle Bullet in seconds. Your family and friends will be especially impressed with your speed and skills with preparing a fresh and tasty meal – be it burgers or pastas.

Add your favourite meats into the Big cup or Blender cup, affix with the X-Blade and twist tight. Fit into the Bullet base and blend until your desired consistency using "Pulse" technique. If you use the Blender cup, you can add in your favourite seasoning like onion, garlic or spices midway or at the end during the processing time. All add-ins should be done on "Pulse" technique so that you can achieve the texture of your add-ins to your desired preference.

## Grated Cheeses

Again, no pre-packed off-the-shelf grated cheeses can beat the texture and aromas of freshly grated cheeses. With your Miracle Bullet – it does just that and in seconds!

Tips – For best grated cheeses, we recommend that you pre-cut your cheese to cubes or chunks before adding to your Miracle Bullet cup. Drop the cheese into the small cup, affix with the X-Blade and twist tight. Fit into the Bullet base and "Pulse" blend for several seconds until your desired texture is achieved.

SCANNED

EXHIBIT __2__
PAGE __26__

# MICROWAVE PREPARATION

## Cooking With The Cups

One of the most innovative features of your Miracle Bullet is – cooking your food right in the cup. Once you had finish mixing or blending your ingredients you can make soups, baby food, sauces and many others by cooking/steaming in the microwave. It's just that simple and easy. Start with blending your ingredients. Remove the blade (no blade in microwave), replace it with the Perforated cap and put the cup into he microwave for cooking. Always remove the cup with oven mitt. You may serve your food in the cup or pour it into your bowl or plate as desired.

## Storage With Cups

Yes, you are right. You can store any left over ingredients or food in the cup with the 3 Stay-Fresh Lids provided in your set. These lids are fully interchangeable between the Big and Small cups including the Party cups.



Do not mistaken the lids with the Perforated caps. Stay-Fresh Lids do not have any holes at all.

# CLEANING THE MIRACLE BULLET

Just remember, there's is only 1 component that you can't wash – the Miracle base. The 2nd component is the Party cups – not that you can't wash them but only not in the dishwasher. All others, just place them in the dishwasher and its all done! Or wash them the conventional way – detergent and water.

Should your Miracle Bullet need cleanup just use a damp cloth to give it a good wipe down inside and out. You may remove stubborn stain or caked up food using a damp cloth over an old toothbrush. The scrubbing should do the job! **IMPORTANT – MAKE SURE THE CORD IS UNPLUGGED BEFORE CLEANING.**

SCANNED

EXHIBIT  2
PAGE  2 l

# MIRACLE BULLET BLENDER



## Assembly And Usage

Miracle Bullet's Blender cup comes full size which means you are able to create your concoctions in large batches – for the whole family or bigger group of friends. The lid comes with two handy features – dual-spout or strain-pour, and easy-vent at the top for quick adding in of ingredients. This is a fantastic feature for it really offers great convenience when you need to add ingredients mid-way or create differing texture to mixture.

Similar to the Big and Small cups, affix X-Blade (preferred choice) at the bottom and fit onto the Bullet base to commence any blending job.

Word of caution – do not operate the Miracle Bullet continuously for more than 1 minute at a time for it can damage the motor

# MIRACLE BULLET JUICE EXTRACTOR

## Assembly And Usage

This is another great feature of the Miracle Bullet – the juice extractor. You can have smooth pulp-free fresh juices anytime, quickly and easily now. Great for breakfast, afternoon teas, weekend parties or just anytime you need it. Offers great fresh juice mixes to your cocktails too!



The juice extractor comes with two components – extractor and plunger. Both works hand in hand.

Start with fitting the X-Blade to the bottom of the Blender cup. Insert the Extractor into the cup making sure the notches are aligned properly with the ribs on the inside of the blender cup. This will lock the extractor in place. Cover up the Blender cup with the lock-tight lid. Fit the blender cup onto the Miracle base but DO NOT push down to operate.

Pre-prepare your fruit or ingredients by cutting them into sizes that can easily pass through the vent on the lid and have them next to you or within easy reach. Push down the Blender cup and turn clockwise to lock-in the cup. Drop in your ingredients when the blade is running – this will prevent any obstruction to the blade and damage the motor. Use the plunger to push down the ingredients used are hard – like carrots, celery, ginger, lotus roots and etc.

Word of caution – do not operate the Bullet base continuously for more than 1 minute at a time.

Pour out the juice into cups or in a pitcher as it fills up in the Blender cup and you will notice that the pulp is separated wonderfully from the juice – offering you smooth pulp-free juices.

In the event the blade stops midway – **ALWAYS UNPLUG THE CORD FIRST.** This occurs when hard or chunky ingredients jammed up the blade. Unplug the cord, remove the Blender cup from the Miracle base, pour out the juice, remove any ingredients or pulp inside the extractor by pouring out from the top, unscrew the blade from the bottom, and lastly remove the obstruction from the blade. Be extra careful with the sharp blade

EXHIBIT __2__
PAGE __22__

# RECIPES

## DELICIOUS DIPS

### WONDERFUL SALSA
· 1-2 whole tomatoes
· 1 small onion
· 1 garlic
· 1/2 jalapen pepper (for mild), 1 (medium) or 1-2 (hot)
· 1 teaspoon salt (or to taste)
· 1/2 teaspoon cumin
· 1/4 cup cilantro
· pepper to taste (optional)

Put all ingredients into the Big cup. For chunky salsa, blend less with several quick pulses. For a smooth saucy dip, blend till paste is consistent. Shake cup to release ingredients stuck to the side.

### CHIP DIP
· 1/2 can shrimp, rinsed and drained
· 1/4 (mild) or 1/2 (spicy) cup chili sauce
· 4-6 ounces softened cream cheese
· 1/4 cup mayonnaise
· 1/4 of an onion (coarsely chopped)
· 1 tbs horseradish

Blend chili sauce into cream cheese first. Add shrimp and mix in rest of ingredients. Several quick pulses will achieve chunky dip. Chill until ready to serve.

### HORSERADISH DILL SAUCE
· 1/2 cup creme fraiche or sour cream
· 2 to 4 tbsp prepared horseradish (to taste)
· 1 tsp dried dill (or 2 to 3 tsp fresh dill)
· Pinch of salt and pepper
Blend all ingredients till smooth

### TUSCAN DIP
· 8 ounces softened cream
· 2 tbsp sour cream
· 1/2 cup sun-dried tomatoes
· 1/2 cup black olives
· 1/4 cup onion (red onion prefered), cut into quarters

Blend sour cream with cheese first. Add onions, olives and tomatoes and blend with several pulses for coarse dip. Or blend longer till smooth.

# RECIPES

## APPETIZERS

### STUFFED PORTOBELLO MUSHROOMS
· 6 large Portobello mushrooms (about 12oz.)
· 22 Snackwell's crackers (your choice of flavour - pepper preferred)
· 1 to 2 red peppers
· 2 tbsp fresh chives
· 6 leaves of mint
· Pinch of oregano
· 2 garlic cloves
· 1 tbsp Dijon mustard

Break and drop crackers into Big cup. Pulse and shake till cracker are fairly crushed. Place into bowl and put aside.
Add ingredients and pulse blend till coarse.
Scoop paste and mix well with cracker crump in bowl.
Boil mushroom 2 minutes on each side. Top each mushroom with 2 tbsp of crump mixture. Bake at 400°F for 8 to 10 minutes or until thoroughly heated.

### BRUSCHETTA
· 2 large tomatoes
· 1/2 onion (cut into quarters)
· 2 tbsp olive oil
· Several leaves of fresh oregano, basil and parsley
· 1/2 loaf (1 pound) Italian bread, cut into 1 inch slices
· 1/4 cup grated Parmesan cheese (fresh cheese preferred)

Blend leaves of oregano, basil and parsley. Add tomatoes, onion and olive oil. Pulse blend till coarse and put aside in bowl.
Preheat oven to 400°F. Place bread on baking sheet, top with tomato mixture and sprinkle with Parmesan cheese. Bake in preheated oven fro 8 to 10 minutes or until bottom of bread is browned. Allowed to cool before serving.

### DEVILED EGGS
· 6 hard cooked eggs, cooled
· 6 tsp fat-free sour cream
· 3 tsp sweet pickle relish
· 3 tsp reduced-fat mayonnaise
· 3/4 tsp Dijon-style mustard
· 1/4 to 1/2 tsp salt
· 1/2 sprigs of celery (cut to short lengths)
· 1/2 tsp of dill
· 1 tsp pepper

Cut each egg in half. Carefully remove the yolks. Discard half the yolks. Add celery, egg yolks, sour cream, pickle relish, mayonnaise, mustard, dill, pepper and salt to Big cup. Blend till smooth. Spoon egg mixture onto egg halves. Serve fresh or refrigerate it chill (keep up to 2 days)

EXHIBIT 2
PAGE 23

# RECITES

# SOUPS

## FRESH BROCCOLI SOUP
- 1 cup fresh broccoli
- 1 thin slice onion
- 1 garlic clove
- 1 sprig parsley
- 1/2 cup of chicken stock
- 1/3 cup of milk
- 1/3 pinch salt
- Dash of pepper to taste
- 1 tsp of butter

Place broccoli, onion, garlic and chicken stock into Big cup. Cap on Shaker/Steamer cap and microwave for 2-3 minutes or till broccoli is soft. Remove cap and add in parsley, milk, butter, salt and pepper, blend until smooth and consistent. Pour mixture into bowl and microwave for another 1 minute. Serve hot.

## FRESH AVOCADO SOUP
- 2 avocados (pit and skin removed)
- 1 1/4 cup plain yogurt
- Juice of 1 lemon
- 1 garlic clove
- 1/2 cucumber (cut to chunks)
- Sprigs of parsley
- Salt to taste

Shake and pulse blend cucumber to coarse pieces. Remove and keep aside. Add avocados, yogurt, lemon, juice, garlic, parsley and salt to Big cup and blend until smooth. Pour into a bowl and stir in cucumber mixture. Serve cold or hot (microwave 2 minutes)

## FRESH CARROT AND CORIANDER SOUP
- 3/4 cup fresh carrot
- 1/4 cup potatoes
- 1/2 cup of fresh coriander
- 1 thin slice onion
- 1 sprig parsley
- 1/2 cup of chicken stock
- 1/3 cup of milk
- 1 pinch salt
- Dash of pepper to taste
- 1 tsp of butter

Add carrot, potatoes, onion, garlic and chicken stock into Big cup. Cap and microwave for 2-3 minutes or until all is soft. Remove cap and add in parsley, coriander, milk, butter, salt and pepper. Blend until smooth and consistent. Pour mixture into bowl and microwave for another 1 minute. Serve hot.

# RECIPES

# WONDERFUL SANDWICH SPREAD

## SMOKED SALMON SPREAD
- 6-8 slices of salmon
- 1/4 sprig of celery (cut into large cubes)
- Sprigs of fresh parsley and coriander
- 1 garlic clove
- 1 small onion (red preferred)
- 2 tsp of walnut or pine nuts
- 2 tsp mayonnaise
- 1 tsp of pepper
- 1 tsp of sugar

Add all ingredients and pulse blend till mixture is coarse. Use Shake and Tap techniques along the way. Do not blend until smooth. Spread on plain bread or toast.

## MANGO AND TUNA SPREAD
- 1/2 can of tuna chunks in oil (drain oil out)
- 1 fresh mango (remove skin and pit)
- 1/4 cucumber
- 4 sprigs of parsley
- 2 tsp of dill
- 1/2 onion (cut into quarters)
- 1 garlic clove
- 3 tbs mayonnaise
- 1 1/2 tsp of sugar
- Salt to taste
- 1 tsp pepper
- 2 tbs raisins

Add all ingredients and pulse blend till mixture is coarse (except raisin). Use Shake and Tap techniques along the way. Do not blend until smooth. Spread on plain bread or toast. Drop some raisins on spread.

## CHICKEN AND PINEAPPLE SPREAD
- 1 cup cooked chicken (or turkey or any leftover cold cuts)
- 1/2 can pineapples (fresh pineapple preferred)
- Sprigs of fresh parsley and coriander leaves
- 1 garlic clove
- 1 small onion
- 2 tbs mayonnaise
- 2 tbs of pine nuts
- 1 tsp of pepper
- Salt to taste

Add all ingredients and pulse blend till mixture is coarse. Use Shake and Tap techniques along the way. Do not blend until smooth. Spread on plain bread or toast.

EXHIBIT 2
PAGE 29

SCANNED

# RECIPES

## DESSERTS

**BABE'S BOTTOM**
- 2 scoops strawberry ice cream
- 2 scoops vanilla ice cream
- 1/3 cup milk
- 1/2 cup fresh blueberries
- 3/4 tbs raspberry liqueur or 1/4 tsp Brandy extract
- 2 fresh strawberries
- Sprig of mint

Shake and pulse blend fresh blueberries to chunky mashes. Removes to bowl. Add raspberry liqueur or Brandy extract to blueberries and let stand for 2 minutes. Blend blueberries, ice cream and milk to a smooth texture. Scoop to dessert bowls and garnish with fresh strawberries and sprigs of mint.

**CHOCOLATE MINT MALLOW**
- 3 scoops chocolate ice cream
- 1/2 cup milk
- 1/4 cup marshmallow creme
- 1/3 cup peppermint candy pieces
- 2 tsp chocolate rice

Pulse blend peppermint candy pieces to coarse bits. Add ice cream, milk and marshmallow creme to candy pieces and pulse blend quickly – blend until well mixed and not smooth. Add chocolate rice and pulse blend to mix well. Serve into dessert cups.

**CREAMY ORANGE FROSTY**
- 2 scoops vanilla ice cream
- 1 cup orange juice
- 1 orange slice

Blend all ingredients to a smooth creamy texture. Pour mixture into tall glass and add orange slice to rim.

**STRAWBERRY COOLER**
- 2 scoops frozen strawberry yogurt
- 3/4 cup ginger ale
- Sprig of mint
- 1 fresh strawberry

Blend all ingredients to a smooth creamy texture. Scoop mixture into tall glass and drop strawberry on top and garnish with sprig of mint.



# RECIPES

## CREATIVE PASTA SAUCES

**ARTICHOKE PASTA SAUCE**
- 1 can artichoke hearts packed in water (fresh artichoke preferred - 1 cup)
- 1 cup tomatoes (quartered)
- 1/4 to 1/2 onion
- 2 tbs tomato puree or paste
- 2 garlic cloves
- Sprigs of basil and parsley
- 1/4 cup chicken stock
- 1/2 cup of leftover cooked meat (chicken, beef, turkey or fish)
- 2 tsp Italian seasoning/herbs
- Salt and pepper to taste

Add all ingredients into Big cup. Pulse blend until coarse. Blend until mixture is smooth and consistent. Remove blade and cap on Perforated Cap. Place cup in microwave and cook for 5-6 minutes. Serve over fresh hot pasta.

**FAT FREE BASIL PESTO**
- 2 cups fresh basil leaves
- 4 tbs lemon juice (bottled juice is fine)
- 5-6 garlic cloves
- 4 tbs fat free Parmesan cheese (ground)
- Salt and pepper to taste

Add all ingredients into Big cup (minus cheese). Blend until mixture is smooth and consistent. Remove blade, add cheese and blend again. Serve over fresh hot paste.

**SAVOURY CURRY SAUCE**
- 2 potatoes (remove skin and quartered)
- 1 onion (quartered)
- 4 garlic cloves
- 1-2 tomatoes
- 1/2 cup fat free yogurt
- 1/2 cup sour cream
- 1/2 cup chicken stock
- 5-6 tbs curry powder
- 1 tsp Dijon mustard
- 1 tsp pepper
- Salt to taste

Add potatoes, onion, garlic and tomatoes into Big cup. Cap on Perforated Cap and microwave for 2-3 minutes or until all is soft. Remove cap and fit on blade and pulse blend until coarse. Add yogurt, cream, stock, curry powder, mustard, pepper and salt. Blend until mixture is smooth and consistent. Remove blade and cap on Perforated Cap again. Place cup in microwave and cook for 4-5 minutes. Serve over fresh hot pasta.

EXHIBIT 2
PAGE 23

# RECIPES

## COCKTAILS AND MILKSHAKES

### FRESH FRUIT MILK SHAKE
- 1 cups strawberry flavour milk
- 3 scoops vanilla ice cream
- 1 medium ripe banana
- 1/2 cup strawberries

Blend all ingredients until smooth. Pour into tall cups and serve immediately

### CHOCOLATE MINT SMASH MILK SHAKE
- 1 cup chocolate flavour milk
- 2 tbs Jell-O chocolate flavour instant pudding and pie filling
- 1 tbs chocolate syrup
- 1 OREO Double Delight Mint n' Creme Chocolate Sandwich Cookie
- Chocolate rice

Blend milk with pudding mix until mix is dissolved. Add syrup and cookie and blend until smooth. Pour into cup and garnish with chocolate rice. Serve immediately.

---

# RECIPES

## COCKTAILS AND MILKSHAKES

### ABSOLUT TEQUILA COCKTAIL FREEZE
- 1/2 oz. Tequila blanco
- 1/2 oz. Absolut volka
- 2 oz. Orange juice
- Lemon slice
- Ice

Blend all ingredients until smooth. Pour into cocktail glass and add lemon slice to rim.

### ULTRA PREMIUM MARGARITA
- 1 1/2 oz. Patron Silver tequila
- 3/4 oz. Citronge orange liqueur
- Fresh lemon juice
- Fresh lime juice
- Ice
- Slice of fresh lime

Blend all ingredients until smooth. Pour into cocktail glass and add lemon slice to rim.

### ACAPULCO
- 1 1/2 oz. Tequila blanco
- 2 oz. Pineapple juice
- 7-Up or Sprite soda
- Ice

Blend tequila, juice and ice until smooth. Pour into cocktail glass and fill to the top with soda.

### APPLE PIE "A LA MODE" MILK SHAKE
- 2 cups milk
- 3/4 pkg Jell-O vanilla flavour instant pudding and pie filling
- 1 1/4 cup unsweetened apple sauce
- 1/2 cup vanilla ice cream
- 1/2 tsp ground cinnamon

Blend all ingredients until smooth. Pour into tall cups and serve immediately.

EXHIBIT 2
PAGE 26



SCANNED

SCANNED

RECIPE FAVOURITES

RECIPE FAVOURITES

EXHIBIT 2
PAGE 27

SCANNED

RECIPE FAVOURITES

EXHIBIT 3
PAGE 28



## Exhibit 3

EXHIBIT 3
PAGE 29

## PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action.  My business address is 233 Wilshire Boulevard, Suite 900, Santa Monica, California 90401.

On Friday, June 09, 2006, I served:

**[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS KOOLATRON CORPORATION AND LEENA, INC.; AND DISMISSAL**

addressed as follows to:

Janssen Doyle LLP
2540 Camino Diablo, Suite 220
Walnut Creek, CA  94597
Attn:  Richard P. Doyle, Jr.
Fax: 925-295-1801

Tatro Tekosky Sadwick Mendelson LLP
660 S. Figueroa Street, Suite 1450
Los Angeles, CA 90017
Attn: René P. Tatro
     Juliet A. Markowitz
Facsimile:  213-627-7011

☒ **BY MAIL**:    I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business.  I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**: I caused a copy of such document to be sent via overnight delivery to the office(s) of the addressee(s) shown above.

☐ **BY FACSIMILE**: I caused a copy of such document to be sent via facsimile machine to the office(s) of the addressee(s) at the phone number(s) shown above.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the person(s) identified above.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Friday, June 09, 2006, at Santa Monica, California.

_Allyson Crow_
Allyson Crow

10